THERON S. ATWATER, Appellant, *v.* THE AMERICAN BAG LOANING COMPANY (Limited) et al., Respondents.

(Argued June 17, 1884; decided June 24, 1884.)

*Henry G. Atwater* for appellant.

*E. N. Taft* for respondent.

Agree to dismiss appeal on argument.
All concur.
Appeal dismissed.

---

STEPHEN TUNSTALL, Respondent, *v.* WALTER W. WINTON, Appellant.

(Argued June 17, 1884; decided June 24, 1884.)

*B. F. Sawyer* for appellant.

*Edward P. Wilder* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

STEPHEN TUNSTALL, Respondent, *v.* WALTER W. WINTON, Appellant.

(Submitted June 17, 1884; decided June 24, 1884.)

*B. F. Sawyer* for appellant.

*Edward P. Wilder* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.